UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 7

Ronald S. Lopes,                                          Case No. 18-41192-nhl

                           Debtor.
------------------------------------------------------------x

**ORDER (I) DISMISSING DEBTOR'S CHAPTER 7 CASE AND
(II) DIRECTING DEBTOR'S COUNSEL TO REFUND FEES TO DEBTOR**

UPON the motion (the "Motion") of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), for an order (i) pursuant to 11 U.S.C. § 707(a) dismissing the chapter 7 case of Ronald S. Lopes (the "Debtor"), and (ii) pursuant to 11 U.S.C. § 329 seeking the disgorgement of fees paid by the Debtor to Kevin B. Zazzera, Esq. ("Counsel"), the Debtor's counsel; and a hearing on the Motion having been held on July 18, 2018 (the "Hearing"), at which Nazar Khodorovsky, Esq., Trial Attorney, appeared on behalf of the United States Trustee, and Counsel appeared on behalf of the Debtor; and upon the resolution having been reached between the United States Trustee and Counsel that was read into the record of the Hearing; and it appearing that appropriate notice having been given, and as set forth in the record of the Hearing, it is hereby

**ORDERED**, that this case commenced under chapter 7 of the Bankruptcy Code be and is hereby dismissed without discharge, pursuant to 11 U.S.C. §§ 305(a)(1) and 707(a); and it is further

**ORDERED**, that by a date no later than 60 days from the date of the entry of this Order, Counsel shall pay to the Debtor the amount of $1,000 by check, cashier's check, or money order payable to the Debtor (the "Refund Check"); and it is further

**ORDERED**, that Counsel shall forward a photocopy of the Refund Check to the Office of the United States Trustee (Attn: Nazar Khodorovsky, Esq., U.S. Federal Office Bldg., 201 Varick Street, Room 1006, New York, NY 10014), so that it is received in such Office by no later than 60 days from the date of entry of this Order.



Dated: July 31, 2018
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge