| Information to identify the case: | |
|---|---|
| Debtor 1: **Ronald S Lopes** (First Name Middle Name Last Name) | Social Security number or ITIN **xxx–xx–4045** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name Middle Name Last Name) | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | Date case filed for chapter **7  3/5/18** |
| Case number: **1–18–41192–nhl** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on March 5, 2018, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on July 31, 2018 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: July 31, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]